UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/18

JONATHAN OTTO,

Plaintiff,

-v-

ASSOCIATED NEWSPAPERS (U.S.A.) LIMITED,

Defendant.

No. 18-cv-338 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from the parties informing the Court that the parties have reached a settlement in principle. (Doc. No. 12.) Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. However, within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the docket with an explanation for the request. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated: February 19, 2018
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE